UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

JAN 3 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ARTHUR LEE MARTIN
5004 RAYBURN PLACE
CAMP SPRINGS MD. 20748
301-899 0700

EMMA LOIS MARTIN
5004 RAYBURN PLACE
CAMP SPRINGS MD.20748
301-899 0700

PAMELA JOY MARTIN
5004 RAYBURN PLACE
CAMP SPRINGS MD.20748
301-899 0700

MICHAEL RAMON MARTIN
5004 RAYBURN PLACE
CAMP SPRINGS MD.20748
301-899 0700

CASE NUMBER 1:06CV00159

JUDGE: James Robertson

DECK TYPE: Pro se General Civil

DATE STAMP: 01/30/2006

JURY ACTION

CIVIL ACTION NO.

V

NAVY FEDERAL CREDIT UNION (NFCU)
820 FOLLIN LANE
VIENNA, VA. 22180
703-206-1500

JOHN A LOCKARD
IN HIS OFFICIAL CAPACITY AS CHAIRMAN BOARD OF DIRECTORS NFCU
820 FOLLIN LANE
VIENNA, VA 22180
703-206-1500

MICHAEL C. WHOLLEY
IN HIS OFFICIAL CAPACITY AS CHAIRMAN SUPERVISORY COMMITTEE NFCU
820 FOLLIN LANE
VIENNA, VA 22180
703-206-1500

DENISE S, HOLMES
IN HER OFFICIAL CAPACITY AS CHAIRPERSON CREDIT COMMITTEE NFCU
820 FOLLIN LANE
VIENNA, VA 22180
703-255-7430

C. J. WARSZAWSKI
IN HER OFFICIAL CAPACITY IN BUDGETARY COUNSELING NFCU
820 FOLLIN LANE
VIENNA, VA 22180
703 255 7560

COMPLAINT

THE NAVY FEDERAL CREDIT UNION HAS MADE BANKING, ACCOUNTING, AND BOOKEEPING ERRORS WITH OUR ACCOUNTS AND DESPITE OUR PROTESTS, WITHDREW FUNDS FROM OUR ACCOUNTS, WITHOUT OUR KNOWLEDGE OR PERMISSION, TO PAY WHAT WE DIDN'T OWE, CAUSING AN AVALANCE OF BOUNCED CHECKS, RUINED CREDIT, DEEP DEPRESSION, ANXIETY, HEALTH PROBLEMS, SOCIAL EMBARESSMENT, LEGAL PROBLEMS, EXTRA FEES AND OTHER FINANCIAL BILLS, HARASSING AND THREATING CALLS AND LETTERS AS PLAINTIFFS EXPLAINED TO NAVY FEDERAL CREDIT UNION (NFCU) DIRECTORS, MANAGERS AND STAFF OF THEIR WRONGFUL ACTS.

DURING THE NOVEMBER / DECEMBER 2003 TIME FRAME PLAINTIFF EXPERIENCED CREDIT CARD FRAUD WHICH WAS REPORTED TO THE POLICE, THE CREDIT CARD COMPANY AND NFCU FRAUD DEPARTMENT. NFCU HAS NOT REPLACED THOSE FUNDS CAUSING SEVERAL CHECKS TO BOUNCE.

PLAINTIFFS HAVE VISITED EVERY NFCU OFFICE IN THE WASHINGTON DC METROPOLITIAN AREA TO RESOLVE THIS PROBLEM WITHOUT SUCCESS. AND THE NFCU REFUSES TO PROVIDE COPIES OF OUR RECORDS AND ARRANGE FOR AN AUDIT OF OUR ACCOUNTS.

PLAINTIFFS ARE ASKING FOR A TRIAL BY JURY

PLAINTIFFS ARE SEEKING RELIEF FOR THE NFCU'S QUESTIONABLE, WRONGFUL BANKING, ACCOUNTING AND BOOKING PRACTICES THAT CAUSED THE PLAINTIFFS TO PAY MONEY THAT THEY DONT OWE. PLAINTIFFS REQUEST ($20) TWENTY MILLION COMPENSATORY AND ($50) FIFTY MILLION DOLLARS PUNITIVE DAMAGES.

ARTHUR LEE MARTIN
5004 RAYBURN PLACE
CAMP SPRINGS MD. 20748

*Arthur Lee Martin Pro se*

EMMA LOIS MARTIN
5004 RAYBURN PLACE
CAMP SPRINGS MD. 20748

*Emma Lois Martin, Pro se*

PAMELA JOY MARTIN
5004 RAYBURN PLACE
CAMP SPRINGS MD. 20748

*Pamela Joy Martin, Pro se*

MICHAEL RAMON MARTIN
5004 RAYBURN PLACE
CAMP SPRINGS MD. 20748

*Pro se*