UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLMBIA

ARTHUR LEE MARTIN. ET AL

CIVIL ACTION NUMBER : 06 0159 JR

V

NAVY FEDERAL CREDIT UNION. ET AL

AFFIDAVIT OF SERVICE

I, ARTHUR LEE MARTIN, hereby declare that on the 30th of JANUARY 2006, I mailed a copy of the SUMMONS AND COMPLAINT, certified mail return receipt requested, to MICHAEL C. WHOLLEY. attached hereto is the green card acknowledging service.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  ML  ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery 2/1/06 |
| 1. Article Addressed to:<br><br>MICHAEL C. WHOLLEY<br>820 FOLLIN LANE<br>VIENNA VA.<br>22180 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☐ Certified Mail   ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7004 1160 0004 2322 8244 |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

Arthur Lee Martin pro se

ARTHUR LEE MARTIN
Camp Springs Md. 20748
301 899 0700

RECEIVED
FEB 15 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLMBIA


ARTHUR LEE MARTIN. ET AL

                              CIVIL ACTION NUMBER : 06 0159 JR
        V


NAVY FEDERAL CREDIT UNION. ET AL


AFFIDAVIT OF SERVICE


I, ARTHUR LEE MARTIN, hereby declare that on the 30th of JANUARY 20 06. I mailed a copy of the SUMMONS AND COMPLAINT, certified mail return receipt requested, to JOHN A. LOCKARD, attached hereto is the green card acknowledging service.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

JOHN A LOCKARD
820 FOLLIN LANE
VIENNA VA
22180

2. Article Number (Transfer from service label): 7004 1160 0004 2322 8237

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery 2/1/06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes


*Arthur Lee Martin* pro se

ARTHUR LEE MARTIN
Camp Springs Md. 20748
301 899 0700

RECEIVED
FEB 1 5 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLMBIA

ARTHUR LEE MARTIN. ET AL

CIVIL ACTION NUMBER : 06 0159 JR

V

NAVY FEDERAL CREDIT UNION. ET AL

AFFIDAVIT OF SERVICE

I, ARTHUR LEE MARTIN, hereby declare that on the 30th of JANUARY 2006, I mailed a copy of the SUMMONS AND COMPLAINT, certified mail return receipt requested, to C. J. WARSZAWSKI. attached hereto is the green card acknowledging service.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  M C_____ ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery 2/1/06 |
| 1. Article Addressed to:<br><br>C.J. WARSZAWSKI<br>820 FOLLIN LANE<br>VIENNA VA<br>22180 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>[VIENNA VA 22180 postmark]<br><br>3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7004 1160 0004 2322 8275 |
| PS Form 3811, February 2004 | Domestic Return Receipt   102595-02-M-15 |

*Arthur Lee Martin Pro se*

ARTHUR LEE MARTIN
Camp Springs Md. 20748
301 899 0700

RECEIVED
FEB 1 5 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLMBIA

ARTHUR LEE MARTIN. ET AL

CIVIL ACTION NUMBER : 06 0159 JR

V

NAVY FEDERAL CREDIT UNION. ET AL

AFFIDAVIT OF SERVICE

I, ARTHUR LEE MARTIN, hereby declare that on the 30th of JANUARY 20 06, I mailed a copy of the SUMMONS AND COMPLAINT, certified mail return receipt requested, to DENISE S. HOLMES, attached hereto is the green card acknowledging service.

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

DENISE S HOLMES
820 FOLLIN LANE
VIENNA VA 22180

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature X [signature]  ☐ Agent  ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery 2/2/06
D. Is delivery address different from item 1? ☐ Yes  ☐ No

[VIENNA VA postmark, 2 2006]

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7004 1160 0004 2322 8251

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

[signature] arthur T Martin pro se et al

ARTHUR LEE MARTIN
Camp Springs Md. 20748
301 899 0700

RECEIVED
FEB 15 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLMBIA

ARTHUR LEE MARTIN. ET AL

CIVIL ACTION NUMBER : 06 0159 JR

V

NAVY FEDERAL CREDIT UNION. ET AL

AFFIDAVIT OF SERVICE

I, ARTHUR LEE MARTIN, hereby declare that on the 30 of JANUARY 20 06, I mailed a copy of the SUMMONS AND COMPLAINT, certified mail return receipt requested, to NAVY FEDERAL CREDIT UNION. attached hereto is the green card acknowledging service.

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

NAVY FEDERAL CREDIT UNION
820 FOLLIN LANE
VIENNA VA. 22180

2. Article Number (Transfer from service label): 7004 1160 0004 2322 8220

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature X ☐ Agent ☐ Addressee
B. Received by (Printed Name)
C. Date of Delivery 2/3/06
D. Is delivery address different from item 1? ☐ Yes ☐ No

[Vienna VA postmark FEB 2006]

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered     ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

Arthur Lee Martin pro se

ARTHUR LEE MARTIN
Camp Springs Md. 20748
301 899 0700

RECEIVED
FEB 15 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT