IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ARTHUR LEE MARTIN
EMMA LOIS MARTIN
PAMELA JOY MARTIN,
MICHAEL RAMON MARTIN

    PLAINTIFFS

                            CASE NO. 1:06CV00159(JR)

    V.

NAVY FEDERAL CREDIT UNION,
JOHN A. LOCKARD
MICHAEL C. WHOLLEY
DENISE S. HOLMES
C.J. WARSZAWSKI

    DEFENDANTS

(1) PLAINTIFFS ANSWER TO DEFENDANTS MOTION TO DISMISS

(2) MOTION FOR DEFAULT AND SANSTIONS FOR UNTIMELY RESPONSE BY DEFENDANTS

(3) MOTION FOR INJUNCTION TO KEEP INTEREST RATES AND FEES AT THE SAME LEVEL AS BEFORE THE COMPLAINT

(4) MOTION FOR CLASS ACTION STATUS

(5) PLAINTIFFS FIRST AMENDED PETITION

RECEIVED

MAR 2 2 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

(1) PLAINTIFFS ARTHUR LEE MARTIN, EMMA LOIS MARTIN, PAMELA JOY MARTIN, AND MICHAEL RAMON MARTIN COLLECTIVELY DISAGREE THAT OUR COMPLAINT SHOULD BE DISMISSED. AS SUGGESTED BY DEFENDANTS IN THIS MATTER BECAUSE JURISDICTION IS PROPER IN THIS COURT, THE CLAIM BEING IN EXCESS OF THE MINIMUM JURISDICTIONAL LIMITS OF THE COURT. VENUE IS PROPER BASED ON THE PRESENCE IN THE DISTRICT OF COLUMBIA OF AN AGENT OR REPRESENTATIVE OF ONE OR MORE CORPORATE DEFENDANTS NAMED HEREIN.

QUESTIONS OF FACT OR LAW COMMON TO ALL PLAINTIFFS OR DEFENDANTS WILL ARISE IN THIS ACTION. THE DEFENDANTS ARE ACTIVELY ENGAGED IN BUSINESS IN THE DISTRICT OF COLUMBIA AND MAY BE SERVED AT BALLARD, SPAHR, ANDREWS, & INGERSOLL 601 13TH STREET NW. WASHINGTON DC 20005

(2) DEFENDANTS NAVY FEDERAL CREDIT UNION, JOHN A LOCKARD, MICHAEL C. WHOLLEY, DENISE S. HOLMES AND C.J. WARSZAWSKI REQUESTED THAT THE COURT DISMISS OUR CLAIM BECAUSE OF ALLEGED RULE VIOLATIONS; YET THEIR POWERFUL LAW FIRM FAILED TO RESPONE TO OUR SUBMITTAL WITHIN THE TIME ALLOWED. IT IS HEREBY REQUESTED THAT DEFENDANTS BE FOUND TO BE IN DEFAULT FOR UNTIMELY SUBMITTAL AND BE SANCTIONED FOR THEIR ACTION.

(3) DEFENDANTS HAVE ILLEGELY INCREASED PLAINTIFFS INTEREST RATES FEES AND PAYMENT RATES DURING THIS TIME. THEY ALSO CONTINUE TO RUIN PLAINTIFFS CREDIT RATINGS AND ADVERSELY AFFECT PLAINTIFFS PHYSCIAL AND MENTAL HEALTH. REQUEST AN INJUCTION TO PREVENT DEFENDANTS FROM RUNNING UP OUR BALANCES AND USING THIS TIME TO GAIN MONEY THAT THEY ARE NOT OWED. REQUEST AN INJUCTION TO PROHIBIT THE CONTINUATION OF THIS UNLAWFUL GAIN AND THE RETURN OF FUNDS ALREADY OBTAINED.

(4) Plaintiff ARTHUR LEE MARTIN became eligible to become a member of the Navy Federal Credit Union by verture of his military service. He was the first African American sent to Viet Man by President Kennedy in 1961. Plaintiff performed covert operations in a country where he was almost two feet taller than the Vietnamese, had racial characteristics that were completely different from the other groups there and the North Vietnamese put a bouinty on his head for $5000.00 dead or alive. This was a lot of money to the Vietnamese who's adverage yearly income was less than $200.00. This military experience left plaintiff permanently disabled from Post Tramatic Stress Disorder, the effects of Agent Orange and other injuries. Since this country was not officially at war durning that time I received

no benefits, medical support or acknowledgement of my service.

  Veterans of this Countrys wars and their famlilies have earned the right to be members of the Navy Federal Credit Union with their blood, sacrifices and some have paid the ultimate price. Defendants refused all audit requests, request for records, return of missing funds and while admitting that there is bank fraud wishes to have our claim dismissed and their misdeeds forgotten. The military men and women in who are similiary situated deserves to have accountability for the money that they placed in the hands of these Defendants.
request that this claim be placed in the Class Action Status and be continued until we can find a lawyer to handle the case.

  (5) JURISDICTION IS PROPER IN THIS COURT, THE CLAIM BEING IN EXCESS OF THE MINIMUM JURISDICTIONAL LIMITS OF THE COURT. VENUE IS PROPER BASED ON THE PRESENCE IN THE DISTRICT OF COLUMBIA OF AN AGENT OR REPRESENTATIVE OF ONE
OR MORE CORPORATE DEFENDANTS NAMED HEREIN. QUESTIONS OF FACT OR LAW COMMON TO ALL PLAINTIFFS AND DEFENDANTS WILL ARISE IN THIS ACTION.
THE DEFENDANTS ARE ACTIVELY ENGAGED IN BUSINESS IN THE DISTRICT OF COLUMBIA AND MAY BE SERVED AT  BALLARD, SPAHR, ANDREWS, & INGERSOL
601 13TH STREET NW. WASHINGTON DC. 20005. ,.

*Arthur N Martin*
*pro se*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A COPY OF PLAINTIFFS ANSWER TO DEFENDANTS MOTION TO DISMISS , MOTION FOR DEFAULT AND SANCTIONS FOR UNTIMELY RESPONSE BY DEFENDANTS, MOTION FOR INJUCTION TO KEEP INTEREST RATES THE SAME LEVEL AS BEFORE THE COMPLAINT.. MOTION FOR CLASS ACTION STATUS , PLAINTIFFS FIRST AMENDED PETITION. WAS MAILED FIRST CLASS MAIL TO JEFFREY W. LARROCA, CHARLES W. CHOTVACS,BALLARD SPAHR ANDREWS & INGERSOLL,LLP 601 13TH STREET NW. SUITE 1000 SOUTH , WASHINGTON DC. 20005. ON THE 22ND OF MARCH 2006

*[signature]*

ARTHUR LEE MARTIN
5004 RAYBURN PLACE
CAMP SPRINGS MD 20748