IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARTHUR LEE MARTIN,<br>EMMA LOIS MARTIN,<br>PAMELA JOY MARTIN, AND<br>MICHAEL RAMON MARTIN,<br><br>      *Plaintiffs*,<br><br>v.<br><br>NAVY FEDERAL CREDIT UNION,<br>JOHN A. LOCKARD,<br>MICHAEL C. WHOLLEY,<br>DENISE S. HOLMES, AND<br>C. J. WARSZAWSKI,<br><br>      *Defendants*. | Case No. 1:06CV00159 (JR) |

## PROPOSED ORDER

AND NOW, upon consideration of Defendants' Motion to Dismiss, and the record in this case, it is hereby ORDERED that Defendants' motion is *Denied*.

_____                            _____
Date                                                                            James Robertson
                                                                                   United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

ARTHUR LEE MARTIN,
EMMA LOIS MARTIN,
PAMELA JOY MARTIN,
MICHAEL RAMON MARTIN,

    Plaintiffs,

v,

NAVY FEDERAL CREDIT UNION,
JOHN A LOCKARD,
MICHAEL C. WHOLLEY,
DENISE S. HOLMESM, AND
C. J. WARSZAWSKI,

    Defendants

Case No.1:06vc00159(JR)

---

PROPOSED ORDER

AND NOW , upon consideration of Plantiffs motion for Default and Sanctions, for untimely response and the record in this case , it is hereby ordered that plaintiffs' motion is granted

_____date
_____

                                        James Robertson
                                      United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ARTHUR LEE MARTIN,
EMMA LOIS MARTIN,
PAMELA JOY MARTIN,
MICHAEL RAMON MARTIN,

    Plaintiffs,

v.

NAVY FEDERAL CREDIT UNION,
JOHN A LOCKARD,
MICHAEL C. WHOLLEY,
DENISE S. HOLMESM, AND
C. J. WARSZAWSKI,

    Defendants

Case No.1:06vc00159(JR)

## PROPOSED ORDER

AND NOW, upon consideration of Plantiffs motion for Class Action Status and the record in this case. It is hereby ordered that plaintiffs' motion is granted

_____date

James Robertson
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ARTHUR LEE MARTIN,
EMMA LOIS MARTIN,
PAMELA JOY MARTIN,
MICHAEL RAMON MARTIN,

    Plaintiffs,

v,

NAVY FEDERAL CREDIT UNION,
JOHN A LOCKARD,
MICHAEL C. WHOLLEY,
DENISE S. HOLMESM, AND
C. J. WARSZAWSKI,

    Defendants

Case No.1:06vc00159(JR)

PROPOSED ORDER

AND NOW, upon consideration of Plantiffs motion for Injunction to keep interest rates and fees at the same level as before the complain and the record in this case. It is hereby ordered that plaintiffs' motion is granted

----------------------------------------date
----------------------------------------

James Robertson
United States District Judge

<u>A copy of the foregoing Order shall be mailed to</u>:

Jeffrey W. Larroca
Charles W. Chotvacs
Ballard Spahr Andrews & Ingersoll, LLP
601 13th Street, N.W.
Suite 1000 South
Washington, D.C. 20005
*Counsel for Navy Federal Credit Union,
John A. Lockard, Michael A. Wholley,
Denise S. Holmes, and C. J. Warszawski*

Arthur Lee Martin
Emma Lois Martin
Pamela Joy Martin
Michael Ramon Martin
5004 Rayburn Place
Camp Springs, MD 20748
*Pro Se Plaintiffs*