**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

ARTHUR LEE MARTIN, *et al.*,           :
                                       :
     Plaintiffs,                   :
                                       :
    v.                                :  Civil Action No. 06-0159 (JR)
                                       :
NAVY FEDERAL CREDIT UNION, *et*        :
*al.*,                                 :
                                       :
     Defendants.                   :

**MEMORANDUM ORDER**

Four individuals, appearing *pro se*, seek damages from the Navy Federal Credit Union and four individual directors, officers and employees of NFCU for injuries associated with alleged credit card fraud, of which plaintiffs were victims. The defendants have moved to dismiss on a number of grounds.

First, defendants assert that plaintiffs have not properly asserted diversity jurisdiction. Plaintiffs have, however, alleged that they all live in Maryland and that all the defendants are in Virginia. That is sufficient, unless defendants challenge diversity jurisdiction as factual matter, which they have not done.

Second, the individual defendants seek dismissal for lack of personal jurisdiction. Personal jurisdiction of these defendants may indeed be lacking in the District of Columbia. Because this case will be transferred to Virginia, however, I will leave the jurisdictional question to the transferee court.

Third, defendants seek dismissal for improper venue. Venue is improper, but the interest of justice will be served by transferring this case to the Eastern District of Virginia, where the case could have been brought.

Fourth, defendants assert that the complaint fails to state a claim upon which relief can be granted. That issue will be for the transferee court, but the allegations of the complaint would appear on their face to assert a claim of negligence, at least.

It is accordingly **ORDERED** that defendants' motion to dismiss [3] is **denied.** It is further **ORDERED** that plaintiffs' motions to certify class, for default judgment, to keep interest rates and fees at the same level as before the complaint, and for sanctions [6] are **denied.** Pursuant to 28 U.S.C. § 1406(a), it is by the Court *sua sponte* **ORDERED** that this case is **transferred** to the United States District Court for the Eastern District of Virginia.


JAMES ROBERTSON
United States District Judge

- 2 -